U.S. District Court
Wisconsin Eastern
OCT 2 3 2018
FILED
Stephen C. Dries, Clerk

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

A USPS Priority Mail Express parcel with tracking number EE226022009US addressed to "Eddy Alcazar, 3228 Janku Ct, San Jose, CA 95127" that bears a return address of "616 Mary Ann Ave, Stevens Point, WI 54481, S.B."

Case Number: 18-m-728

TO: Any authorized officer of the United States:

## SEARCH AND SEIZURE WARRANT

**TO: Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property currently located in the Eastern District of Wisconsin:

**A USPS Priority Mail Express parcel with tracking number EE226022009US addressed to "Eddy Alcazar, 3228 Janku Ct, San Jose, CA 95127" that bears a return address of "616 Mary Ann Ave, Stevens Point, WI 54481, S.B."**

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, proceeds related to the sale of controlled substances, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. § 841(a)(1) and 843(b).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before  10-29-18 , 2018
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge James R. Sickel.

Date and time issued  10/19 , 2018;  10:22 a.m.

*Judge's signature*

City and state: Green Bay, Wisconsin

THE HONORABLE JAMES R. SICKEL
United States Magistrate Judge
*Name & Title of Judicial Officer*

# RETURN

| Case No. | Date and time Warrant executed | Copy of warrant and inventory left with: |
|---|---|---|
| 18-M-728 | October 19, 2018 at 12:16 PM | USPS |

Inventory made in the presence of
Postal Inspector Derik Thieme

Inventory of person or property taken and name of any person(s) seized:

USPS Priority Mail Express parcel with tracking number EE226022009US contained a cardboard Priority Mail box that held two vacuum sealed bundles of US Currency totaling $2,800.00.

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/22/18

*(Executing officer's signature)*

Subscribed, sworn to, and returned before me this date.

Matt Schmitz, U.S. Postal Inspector
*(Printed name and title)*

*(U.S. Judge or Magistrate Judge)*

10/22/18
*(Date)*